# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

**JANA G. LAW**
Chief U.S. Probation Officer

**MANUEL A. JIMENEZ**
Deputy Chief U.S. Probation Officer

**CENTRAL OFFICE**

**WILLIAM J. GREEN FEDERAL BUILDING**
600 ARCH STREET, SUITE 2400
PHILADELPHIA, PA   19106-1679
215-597-7950
FAX: 215-597-8856



**DIVISIONAL OFFICES**

**EDWARD N. CAHN FEDERAL BUILDING**
504 W. HAMILTON STREET, 1st FL
ALLENTOWN, PA 18101
610-434-4062
FAX: 610-434-6448

**THE GATEWAY BUILDING**
201 PENN STREET, 1ST FL
READING, PA 19601
610-320-5253
FAX: 484-878-6325

August 25, 2023

### MEMORANDUM

TO:         The Honorable Wendy Beetlestone

RE:         Green, John
Docket No.:   2:15CR000138-002

Attached is a Petition for Your Honor's consideration. If there are any questions, please contact the undersigned office at 267-299-4566.

Respectfully submitted,

Jana G. Law
Chief U.S. Probation Officer

Adam Peterson
*Digitally signed by Adam Peterson*
*Date: 2023.08.25 14:41:36 -04'00'*

For:   Alexis Villegas-Erazo
Probation Services Technician

AVE
Attachment

Approved By:

Adam Peterson
*Digitally signed by Adam Peterson*
*Date: 2023.08.25 14:41:59 -04'00'*

_____
Adam E. Peterson
Supervising U.S. Probation Officer

# United States District Court

for the

**Eastern District of Pennsylvania**

August 25, 2023

U.S.A. vs. John Green                                                                 Case No. 2:15CR000138-002

**Petition on Supervised Release**

      COMES NOW Adam E. Peterson U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of John Green who was placed on supervision by the Honorable Wendy Beetlestone sitting in the Court at Philadelphia, PA, on the 1st day of August, 2019, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Conspiracy (Count One). |
| ORIGINAL SENTENCE: | The defendant was sentenced to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of sixty (60) months, followed by supervised release for a term of one year. A $100.00 special assessment was also imposed. |
| SPECIAL CONDITIONS: | 1) The defendant is prohibited from incurring any new credit charges or opening additional lines of credits without the approval of the probation officer unless the defendant is in compliance with a payment schedule for any fine obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine obligation or otherwise has the express approval of the Court; 2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 3) The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence that occurs while any portion of the fine remains unpaid; and 4) The payment of the fine ($17,500.00) shall be paid in full by the time of termination of defendant's supervised release. |
| SUPERVISION COMMENCED: | December 23, 2022 |
| SUPERVISION TERMINATES: | December 22, 2023 |

RE: Green, John
Case: 2:15CR000138-002

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Green has made a positive adjustment to supervision. He currently resides with his wife in Philadelphia, Pennsylvania. Mr. Green retired in 2010 and collects from his retirement pension and Social Security as a means of income. Mr. Green has made consistent monthly payments during his time on supervision, but he will be unable to pay the balance in full by his case expiration date. The defendant has paid the special assessment in full and $3,846.58 towards his fine obligation, leaving a balance of $13,653.42.

According to Section 18 U.S.C. § 3613(b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. § 3613(f), in accordance with § 3664(m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution.

Mr. Green's supervision is scheduled to expire on December 22, 2023. He will be instructed to make payments directly to the Clerk of Court until the judgment is satisfied. The Financial Litigation Unit of the U.S. Attorney's Office will be notified of Mr. Green's case expiration date. It is noted that the U.S. Attorney's Office will monitor and collect this debt beyond the period of supervision, taking collection action as deemed necessary.

We respectfully request that Your Honor permit the term of supervision to terminate as scheduled with an outstanding fine balance and offer the following prayer for the Court's consideration.

RE:     Green, John
Case:   2:15CR000138-002

| PRAYING THAT THE COURT WILL ORDER... | THAT THE TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE, AS SCHEDULED, ON DECEMBER 22, 2023, WITH AN OUTSTANDING FINE. |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Adam Peterson  *Digitally signed by Adam Peterson Date: 2023.08.25 14:42:20 -04'00'*

Adam E. Peterson
Supervising U.S. Probation Officer

Place:  Philadelphia, PA
Date:   August 25, 2023

cc:     Assistant U.S. Attorney
        U.S. Attorney - Financial Litigation Unit
        Defendant's Attorney
        Defendant

### ORDER OF THE COURT

Considered and ordered this ___6th___ day of __September__, 2023, and ordered filed and made part of the records in the above case.

*/s/ Wendy Beetlestone*
The Honorable Wendy Beetlestone
U.S. District Court Judge

3